No. 78–6283. ADAMS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–6730. GUNTER *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.